UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

U.S. UNDERWRITERS INSURANCE COMPANY,   CIV: 08 CV 985

                Plaintiff,

                                                                            RULE 7.1 STATEMENT

      -against-

MILLENNIUM CARE, INC., DENISE PERRY, WILLIAM H. PERRY, TERRENCE COUSINS, by his grandmother and legal guardian LA VAIDA THOMAS, LA VAIDA THOMAS, individually, and THE CITY OF NEW YORK,

                Defendants.
-----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for U.S. UNDERWRITERS INSURANCE COMPANY certifies that the corporate parents, affiliates and/or subsidiaries of said party, which are publicly held, are: Berkshire Hathaway and Mount Vernon Insurance Company.

Dated: Mineola, New York
       January 28, 2008

                                                    MIRANDA SOKOLOFF SAMBURSKY
                                                    SLONE VERVENIOTIS LLP
                                                    Attorneys for Plaintiff
                                                    **U.S. UNDERWRITERS INSURANCE COMPANY**

                                                    By:_____
                                                     Steven Verveniotis
                                                     240 Mineola Boulevard
                                                     The Esposito Building
                                                     Mineola, New York 11501
                                                     (516) 741-7676
                                                     Our File No.: 07-558