DISTRICT COURT OF THE STATE OF NEW YORK

COUNTY OF SOUTHERN

U.S. UNDERWRITERS INSURANCE COMPANY,

**Maverick Process 516-693-1100**

20770

|  |  |
|---|---|
| | ATTORNEY     SOKOLOFF |
| Petitioner(s) | RETURN DATE |
| Plaintiff(s) | INDEX NO     08 CV 0985 |
| | INDEX DATE     1/30/2008 |
| Defendant(s) | CALENDAR NO |
| Respondent(s) | 3rd PARTY INDEX# |
| | HON. RAKOFF |

- against -

MILLENNIUM CARE, INC., DENISE PERRY, WILLIAM H. PERRY, TERRENCE COUSINS, BY HIS GRANDMOTHER AND LEGAL GUARDIAN LA VAIDA THOMAS, INDIVIDUALLY, AND THE CITY OF NEW YORK,

SS:     **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 2/16/2008     at     10:30 AM     at     2542 FREDERICK DOUGLASS BLVD NEW YORK, NY 10030     **upon**

deponent served the within     SUMMONS IN A CIVIL ACTION & COMPLAINT AND RULE 7.1 STATEMENT

☑ Said Documents Were Properly Endorsed with the Index Number and Date of Filing thereon

MILLENNIUM CARE, INC.

witness/defendant/respondent (hereafter called the recipient) therein named.

**A. Individual** By Personally delivering to and leaving with said individual, and that he know the person so served and described as recipient there
[ ]

**B. Corp/** ☑     By delivering to and leaving with     DENISE PERRY     and that he knew the person
**Prtnshp**     so served and authorized to accept service to ☐ an officer ☐ Director ☑ managing agent or general agen ☐ cashier ☐ Asst Cashier
[ ]     ☐ Agent authorized by appointment or by law to receive service.

**C. Suitable**     By delivering thereat a true copy of each to     a person of suitable age and discretion.
**Age Person**     Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state
[ ]

**D. Affixing**     By affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place
**to Door, Etc.** ☐ usual place of abode within the state.     Deponent was unable, with due diligence to find recipient or a person of suitable age
[ ]     discretion, thereat, having called there     @     @
     @     ,     who stated that recipient ☐ lived ☐ worked there.
     Deponent talked to

**E. Mailing**     Deponent completed said service under the last two sections by mailing a copy of
**W/B,C or**     On     the above named process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which
[ ]     is recipient's ☐ last known residence ☐ last known place of business  (with additional endorsement of Personal and Confidential
     on face of envelope.)
     ☐ RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

**F. DRL**     The required notice was legibly printed on the face of the summons.  I identified the defendant by photograph annexed hereto
**Sec232**     which was provided by the plaintiff.
[ ]

**G.**
**Description**     SEX     SKIN COLOR     HAIR COLOR     AGE (approx.)     HEIGHT (approx.)     WEIGHT (approx.)
☑     F     BLACK     BLACK     25     5'4"     100
     ☐ OTHER ___

Sec.8001 Fee     A fee of   $0.00   , pursuant to CPLR Section 8001, was tendered to the witness.
[ ]

**Military**     I asked the person spoken to whether the defendant/respondent was in active military service of the United States or of the
[ ]     State of New York in any capacity whatever and received a negative reply. Defendant/Respondent wore ordinary civilian
     clothers and no military uniform. The source of my information and the grounds of my belief are the conversations and
     observations above narrated. Upon information and belief I aver that the defendant/respondent is not in the military service of
     New York State or of the United States as the term is defined in either the State or in the Federal statutes.

Sworn Before me this day 18 of

FEBRUARY                    2008

(NOTARY PUBLIC)

DONNA L. ODRISCOLL
NOTARY PUBLIC, State of New York
No. 01OD6126123
Qualified in Nassau County
Commission Expires on 4/25/2009

DAVID A SMITH #0912050