```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
U.S. UNDERWRITERS INSURANCE COMPANY,  :
                                      :
                Plaintiff,            :    08 Civ. 985 (JSR)
                                      :
           -v-                        :    ORDER
                                      :
MILLENNIUM CARE, INC., DENISE PERRY,  :
WILLIAM H. PERRY, TERRENCE COUSINS,   :
by his grandmother La Vaida Thomas,   :
LA VAIDA THOMAS, THE CITY OF NEW      :
YORK,                                 :
                                      :
                Defendants.           :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    Based on the parties' representations during a conference before the Court held earlier today, the Court hereby revises the Case Management Plan as follows: all discovery, including depositions, must be completed by September 15, 2008; summary judgment moving papers, if any, must be filed by September 30; summary judgment opposition papers must be filed by October 15; summary judgment reply papers must be filed by October 24; and the Court will hold oral argument on any summary judgment motion, as well as a final pre-trial conference, on October 31, at 11:00 a.m.

    SO ORDERED.

Dated: New York, NY
       August 14, 2008

                                        JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-15-08